☐ AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,
   V.  Plaintiff,

CAVALIER SECURITY AND PATROL, INC.,
FRANCOIS YOUHANNA, TONY YOUHANNA,
and HANNA YOUHANNA,

    Defendants.

SUMMONS IN A CIVIL CASE

04 · 10029 RCL

CASE NUMBER:

TO: (Name and address of Defendant)

Francois Youhanna
c/o Cavalier Security and Patrol, Inc.
5198 Washington Street
W. Roxbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Frank V. McDermott, Jr., Regional Solicitor
Paul J. Katz, Senior Trial Attorney
Office of Solicitor, U.S. Department of Labor
Rm. E-375, JFK Federal Building
Boston, MA  02203

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JAN -7 2004