UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Chao
                    Plaintiff

                    v.                    Case Number:        04-10029-LTS

Cavalier Security
                    Defendant

NOTICE
April 11, 2005

SWARTWOOD, CMJ

The above captioned case, previously assigned to Magistrate Judge

Lawrence P. Cohen is now reassigned to Magistrate Judge Leo T. Sorokin upon

his appointment to the bench of this Court.

All inquiries regarding matters before Magistrate Judge Sorokin should

be directed to Maria Simeone at 617-748-4231.

/s/ Charles B. Swartwood III
Chief Magistrate Judge